AG:AH

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

M10- 253

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

HANDLE BULGIN,

        Defendant.

AFFIDAVIT IN SUPPORT
OF ARREST WARRANT

(T. 21, U.S.C., §§ 846
and 841(b)(1)(B)(vii))

- - - - - - - - - - - - - - - - -X

EASTERN DISTRICT OF NEW YORK, SS:

    ERIC BALDUS, being duly sworn, deposes and says that he is a Special Agent with the Drug Enforcement Administration ("DEA"), duly appointed according to law and acting as such.

    Upon information and belief, on or about and between February 24, 2010 and March 4, 2010, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant HANDLE BULGIN did knowingly and intentionally conspire to possess with intent to distribute a controlled substance, which offense involved 100 kilograms or more of a substance containing marijuana, in violation of Title 21, United States Code, 841(a)(1).

    (Title 21, United States Code, Sections 846 and 841(b)(1)(B)(vii))

2

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. I am a Special Agent with the Drug Enforcement Administration ("DEA"). The facts set forth below are based on my personal observations, information from confidential sources, my discussions with other law enforcement officers, my review of documents and other evidence and on my experience and background as a DEA Special Agent. During the course of my career, I have investigated numerous narcotics trafficking cases and have debriefed many defendants and confidential informants regarding the methods of concealing, transporting and distributing narcotics and the proceeds thereof.

2. On February 24, 2010, based upon information provided by a confidential source whose information has been corroborated and found to be reliable in the course of other investigations, DEA agents in New York established surveillance at the Apple & Eve warehouse ("warehouse"), located at 30 Harbor Park Drive in Port Washington, New York. The confidential source provided information that shipments of narcotics were being sent to the warehouse.

3. On February 24, 2010, between approximately 1:00 p.m. and 1:15 p.m., agents observed the defendant HANDLE BULGIN

---

[1] Because the only purpose of this affidavit is to establish probable cause to search, I have not set forth a description of all the facts and circumstances of which I am aware.

take boxes out of the warehouse and load them into a Apple & Eve company vehicle ("company vehicle"). Agents then observed BULGIN drive the company vehicle to meet John Doe #1, who drove a gold-colored minivan ("minivan") to a meeting location ("meet location #1") in Roslyn Heights, New York. At meet location #1, agents observed BULGIN provide boxes to John Doe #1 that were then placed in the minivan. John Doe #1 then departed in the minivan. Agents followed the minivan and, after conducting a stop of the minivan in Queens, New York, examined the boxes. The boxes that agents observed BULGIN provide to John Doe #1 contained approximately 125 pounds of marijuana.

    4. On March 4, 2010, at approximately 12:25 p.m., agents observed John Doe #2 drive a white BMW X3 ("BMW") into the parking lot of the warehouse. Agents then observed BULGIN take boxes out of the warehouse and, along with John Doe #2, load them into the BMW. John Doe #2 then departed in the BMW. Agents followed the BMW and, after conducting a stop of the BMW, examined the boxes therein. The boxes that agents observed BULGIN provide to John Doe #2 contained approximately 125 pounds of marijuana.

    5. On March 4, 2010, at approximately 3:35 p.m., agents observed BULGIN depart the warehouse in an Acura SUV ("SUV"). Agents then observed BULGIN drive the SUV to meet John Doe #3, who drove a Toyota Sequoia ("Toyota") to a meeting

4

location in Queens, New York ("meet location #2"). At meet location #2, agents observed BULGIN provide boxes to John Doe #3. The boxes were thereafter placed in the Toyota. John Doe #3 then departed in the Toyota. Agents followed the Toyota but temporarily lost sight of the vehicle. Agents later located the Toyota parked on a residential street in Queens, New York approximately half a mile from where agents lost sight of it. Agents were able to observe the boxes that BULGIN provided to John Doe #3 through the windows of the Toyota. New York Police Department officers towed the Toyota and performed an inventory search. A search of the boxes within the Toyota revealed that the boxes contained approximately 125 pounds of marijuana.

WHEREFORE, your deponent respectfully requests that an arrest warrant be issued for defendant HANDLE BULGIN so that he may be dealt with according to law.

Based on the nature of this application, I respectfully request that this affidavit and the accompanying arrest warrant be issued under seal until further order of this Court to prevent

the destruction and/or concealment of evidence and/or the flight of the target.

_____
ERIC BALDUS
Special Agent
Drug Enforcement Administration

Sworn to be
11th day of

_____
UNITED STAT~~
EASTERN DISTRICT OF NEW YORK