**DOCKET NUMBER:** __CR-10-381_   **CRIMINAL CAUSE FOR** SENTENCING
**BEFORE JUDGE:** __KORMAN__ **DATE:** __5/31/2012__ **TIME IN COURT** ____HRS_ 5 _MINS

**DEFENDANT'S NAME:** __HANDLE BULGIN_____ **DEFENDANTS #** _____
- ☐ Present   ☐ Not Present   ☒ Custody   ☐ Not Custody

**DEFENSE COUNSEL:** _____CARLOS MARTIR, JR_____
- ☐ Federal Defender   ☐ CJA   ☒ Retained

**A.U.S.A.:** ____TANISHA PAYNE_____   **Case Manager:** PaulaMarie Susi

**ESR** _____   **INTERPRETER:** _____   **LANGUAGE:** _____

- ☐ Revocation of Probation non contested
- ☐ Revocation of Probation contested
- ☐ Sentencing non-evidentiary
- ☐ Sentencing Contested
- ☐ Revocation of Supervised Release evidentiary
- ☐ Revocation of Supervised Release non-evidentiary

_CASE CALLED.   _ **COURT FINDS FACTUAL BASIS FOR, AND ACCEPTS, RULE 11 PLEA.**
• SENTENCING ADJ'D TO_____.
_ SENTENCING HELD.   _ STATEMENTS OF DEFT AND COUNSEL HEARD.
_ DEFT SENTENCED ON COUNT(S)_____

**SENTENCE TEXT:** _____

_____

RMG OPEN COUNTS ARE DISMISSED ON   _ GOV'TS   _ COURT'S MOTION
= *COURT ADVISED DEFT OF RIGHT TO APPEAL.*   _ I.F.P. GRANTED.
= *DEFT WAIVED RIGHT TO APPEAL IN PLEA AGREEMENT.*
_ DEFT REMANDED.   _ DEFT ON BAIL PENDING APPEAL.

**UTILITIES**
- ☐ ~Util-Plea Entered   ☐ ~Util-Add terminate Attorneys   ☐ ~Util-Bond Set/Reset
- ☐ ~Util-Exparte Matter   ☐ ~Util-Indictment Un Sealed   ☐ ~Util-Information Unsealed
- ☐ ~Util-Set/Reset Deadlines   ☐ ~Util-Set/Reset Deadlines/Hearings
- ☐ ~Util-Set/Rest Motion and R&R Deadlines/Hearings   ☐ ~Util-Terminate Motions
- ☐ ~Util-Terminate Parties   ☐ ~Util-Set/Reset Hearings

**Do these minutes contain ruling(s) on motion(s)?** ☐ YES   ☐ NO
**TEXT**
_Counsel fails to appear._