June 11, 2012

The Honorable Judge Edward R. Korman
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 18 2012 ★
BROOKLYN OFFICE

Re: <u>United States v. Handel Bulgin</u>
Docket No.: 10-CR-381 (S-1)-01

Dear Honorable Judge Korman:

I most respectfully request that you forward me a copy of the letter I sent you, in reference to my case. It was impossible to duplicate it prior to mailing and I want to use components of it in preparation of a Sentencing Memo. Thank you for your cooperation.

Most respectfully,

Handel Bulgin
HANDEL BULGIN

Note: copy of DE 43 sent to Deft as well as R.33 motion

Habeel Bulgin, 78047-053
MDC BKLYN
80 29th ST
BKLYN, NY 11232

The Honorable Judge Edward R. Korman
Senior United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201